UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CASE NO.: 08-25536-BKC-RAM
Chapter 7 Proceeding

HERIBERTO LORENZO MARTIN
TIN 54-6836096

_____ Debtor(s).        /

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )     The trustee has a balance of $        remaining in the trustee's account which represents
        unpresented checks drawn and mailed to entities pursuant to the final distribution under
        section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11.  The
        trustee has made a good faith effort to verify the correct mailing addresses for said
        entities and deliver the funds before presenting this notice.  More than sufficient time
        has passed for these checks to be presented for payment; or

(X )    The trustee has a balance of $  2.91  remaining in the trustee's account which
        represents small dividends as defined by FRBP 3010.

        Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names,
claim numbers and addresses of the claimants and the amount to which each is entitled.

        WHEREFORE, the trustee hereby gives notice that the above stated sum has been
deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect
closing of this estate.

DATED:  November 23, 2009

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
One Flagler Building
14 NE First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708

Copies to:
Debtor
Attorney for Debtor
U.S. Trustee

**HERIBERTO LORENZO MARTIN**
**CASE NO. 08-25536-BKC-RAM**
**UNCLAIMED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT ALLOWED | AMOUNT |
|----------|----------|----------------|--------|
| 5 | Hospital Corporation of America<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA  98111-9221 | 108.26 | 2.91 |